IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERT A. SAYLOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:2:05-cv-1718-KOB-PWG |
| ) | |
| JOHNETTA JOHNSON, ET AL., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 13, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  A Final Judgment will be entered.

DATED this 18th day of March 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE